**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JUAN COYOTL VELASQUEZ,**<br>**Plaintiff,**<br>**-against-**<br>**LE ROYALE LLC ET AL,**<br>**Defendant.** | **26-cv-8107 (ALC)**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' request for an extension to answer, move, or otherwise respond to the Complaint is GRANTED. ECF No. 9. The previous order granting an extension to November 24, 2026, is VACATED. ECF No. 10. Defendants are ORDERED to answer, move, or otherwise respond within two weeks of the conclusion of court-ordered mediation.

**SO ORDERED.**

**Dated:** November 17, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**